DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUBIN YOUNG,**
Appellant,

v.

**DR. BRENDA C. SNIPES, BROWARD COUNTY SUPERVISOR OF ELECTION'S CANVASSING BOARD,** and **MARK BOGEN,** candidate,
Appellees.

No. 4D18-2221

[February 14, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE 14023676 (21).

Rubin Young, Coral Springs, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***